UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 24-945-GW-ADSx | Date | December 4, 2024 |
|---|---|---|---|
| Title | *Ana Ventura v. First Place Glass Incorporated, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On December 4, 2024, Plaintiff Ana Ventura filed a Notice of Settlement [19]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for January 9, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on January 7, 2025.

| | : |
|---|---|
| Initials of Preparer | JG |